**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No.: 11-CR-00360-WJM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1.  FARLEN KENRIC KETCHUM,

Defendant.

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was arrested on a Warrant due to Violation of Probation. After an appearance before the Magistrate Judge on August 30, 2012, it was determined that there was no probable cause to believe the Defendant had committed the alleged Violation of Probation, therefore:

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal's Service.

**DATED:   August 30, 2012.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

1